**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: PAUL HANSMEIER<br>Debtor(s) | Case No.: 15–42460<br>Chapter 7 |
| Randall L. Seaver – Trustee<br>Plaintiff | Adv. Proc. No. 16–04018 |
| v. | |
| PAUL HANSMEIER<br>Padraigin Browne<br>Defendant | |

*A lawsuit has been started against you.* You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though, if you are a debtor in the related case, you may have received a discharge. You should consult your attorney as soon as possible, unless you wish to represent yourself.

If you are unable to afford an attorney, you may contact:

> Volunteer Lawyers Network
> Bankruptcy Adversary Proceeding (BAP) Program
> (612)752–6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees. *You are encouraged to contact Volunteer Lawyers Network as soon as possible after receiving this notice.*

You may also obtain bankruptcy related advice through the ***Bankruptcy Advice Clinic***, a free service under which low income Minnesota residents can receive up to 15 minutes of basic information and advice from a bankruptcy attorney. The volunteer attorney can review the complaint, explain laws and procedures, and talk about your legal options. The Clinics are available on a biweekly basis in Minneapolis and St. Paul. For more information and a complete schedule, see www.mnb.uscourts.gov.

Dated: 2/23/16         Lori Vosejpka
                      Clerk, United States Bankruptcy Court By: carrie
                      Deputy Clerk

**mnbprbo 2015**