UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
16 MAY 16 AM 9:32
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

| | |
|---|---|
| In re:<br><br>Paul Hansmeier,<br><br>*Debtor.* | BKY No. 15-42460 |
| Randall L. Seaver, Trustee,<br><br>*Plaintiff,*<br><br>v.<br><br>Paul Hansmeier and Padraigin Browne,<br><br>*Defendants.* | ADV No. 16-04018 |

## DEFENDANT PAUL HANSMEIER'S *CORRECTED*[1] OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The Chapter 7 Trustee has filed a motion for partial summary judgment that fails entirely under the Supreme Court's precedent laid down in *Law v. Siegel*, 134 S. Ct. 1188 (2014). Specifically, the Trustee's request depends centrally on his request that the Court equitably reduce the Minnesota homestead exemption. That request conflicts directly with the Supreme Court's recent *Law* decision. The *Law* decision holds that Congress exhaustively occupied the field of exemptions, and reductions thereto, and that there is no

---

[1] The filing submitted by Hansmeier on May 13, 2016, was a non-final draft of this brief. Hansmeier apparently submitted the wrong brief when he sent the brief out for filing with the Court. Hansmeier apologizes to the Court and the parties to this case for submitting the non-final draft.

basis for an equitable reduction of the homestead exemption by a bankruptcy court. The *Law* decision was handed down in a case involving extreme fraud. Although the Supreme Court was sympathetic to the trustee regarding the equities of the situation, it nevertheless concluded that Congress made difficult balancing decisions in drafting the exemption provisions of the Bankruptcy Code and was unwilling to upset those decisions.

                                 Respectfully submitted,

                                 **PAUL HANSMEIER**

Dated: May 16, 2016                By:  /e/ Paul R. Hansmeier
                                           Paul R. Hansmeier
                                           100 5th St. South Suite 1900
                                           Minneapolis, MN 55402