UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

              Debtor.           BKY 15-42460

---

Randall L. Seaver, Trustee,      ADV 16-4018

              Plaintiff,

v.                                  **ORDER**

Paul Hansmeier and Padraigin Browne,

              Defendants.

---

At Minneapolis, Minnesota, May 18, 2016.

    On this day this proceeding came before the court. Based on the statements and arguments made in court,

    IT IS ORDERED: Defendant Paul Hansmeier's Opposition to the Chapter 7 Trustee's Motion for Partial Summary Judgment filed on May 13, 2016 (Docket Entry: 11) shall be suppressed from the public record.

                              /e/ Kathleen H. Sanberg

                              KATHLEEN H. SANBERG
                              UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/18/2016
Lori Vosejpka, Clerk, by LH