# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Paul Hansmeier,<br><br>　　　　*Debtor*.<br><br>---<br><br>Randall L. Seaver, Trustee,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>Paul Hansmeier and Padraigin Browne,<br><br>　　　　*Defendants.* | BKY 15-42460<br><br><br><br><br><br>ADV 16-4018 |

## ORDER DENYING SUMMARY JUDGMENT

This case is before the court on defendant Padraigin Browne's motion for summary judgment. For reasons stated orally and recorded in open court,

IT IS ORDERED: Defendant Padraigin Browne's motion for summary judgment is denied.

Dated: May 18, 2016

　　　　　　　　　　　　　　　　　　/e/ Kathleen H. Sanberg
　　　　　　　　　　　　　　　　　　KATHLEEN H. SANBERG
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/18/2016*
Lori Vosejpka, Clerk, by LH