LAW OFFICE

# FULLER, SEAVER, SWANSON & KELSCH, P.A.

A PROFESSIONAL ASSOCIATION

Timothy D. Fuller
Randall L. Seaver
Matthew D. Swanson
Chad A. Kelsch

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone (952) 890-0888
Facsimile (952) 890-0244

May 27, 2016

The Honorable Kathleen H. Sanberg
United States Bankruptcy Court
Courtroom 8 West
300 South Fourth Street
Minneapolis, MN 55415

RE:   Request for mediation
      Adv. No. 16-4018
      Adv. No. 16-4031

Dear Judge Sanberg:

The parties in adversary proceeding nos. 16-4018 and 16-4031 believe that mediation of all the claims in those cases may assist in resolving the parties' disputes. Therefore, I respectfully request that these matters be referred to a Minnesota Bankruptcy Judge for mediation at the earliest date possible. The parties would like to avoid any lengthy delays in the adversary proceedings, and if possible would prefer to have these matters mediated in June. Thank you.

Very truly yours,

Matthew D. Swanson,
mswanson@fssklaw.com

cc: Paul Hansmeier
    David Burns