**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                          BKY No. 15-42460

Paul Hansmeier,

     Debtor.

---

Randall L. Seaver, Trustee,                                    ADV No. 16-4018

     Plaintiff,

vs.                                               **STIPULATION FOR DISMISSAL**

Paul Hansmeier and Padraigin Browne,

     Defendants.

---

The parties to this adversary proceeding entered into a settlement agreement which was approved by the bankruptcy court on July 27, 2016. Pursuant to the parties agreement they herby stipulate to the dismissal of Adversary Proceeding No. 16-4018 with prejudice and without an award of costs. The parties consent to entry of an order in the form attached hereto as Exhibit 1. The parties consent to the filing of this document using their electronic signatures.

Dated: 8-22 , 2016          By: _____
                                 Matthew D. Swanson        0390271
                                 Fuller, Seaver, Swanson & Kelsch, P.A.
                                 12400 Portland Avenue South, Suite 132
                                 Burnsville, MN 55337

                                 Attorney for the Trustee, Randall L. Seaver

Dated: 8-22 , 2016          By: _____
                                 David M. Burns        0337869
                                 475 Grain Exchange North
                                 301 Fourth Avenue South
                                 Minneapolis, MN 55415

                                 Attorney for Padraigin Browne

Dated: 8/7 , 2016           By: _____
                                 Paul Hansmeier

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:                                                          BKY No. 15-42460

Paul Hansmeier,

      Debtor.

---

Randall L. Seaver, Trustee,                                    ADV No. 16-4018

      Plaintiff,

vs.                                                            **ORDER**

Paul Hansmeier and Padraigin Browne,

      Defendants.

---

     Pursuant to the stipulation entered into by the parties and filed with this court, Adversary

Proceeding Number 16-4018 is hereby dismissed with prejudice and without an award of costs.

Dated:                                    _____
                                          Kathleen H. Sanberg
                                          Chief United States Bankruptcy Judge

**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY No. 15-42460 |
| Paul Hansmeier, | |
| Debtor. | |

| | |
|---|---|
| Randall L. Seaver, Trustee, | ADV No. 16-4018 |
| Plaintiff, | |
| vs. | **ORDER** |
| Paul Hansmeier and Padraigin Browne, | |
| Defendants. | |

Pursuant to the stipulation entered into by the parties and filed with this court, Adversary Proceeding Number 16-4018 is hereby dismissed with prejudice and without an award of costs.

Dated: _____

_____
Kathleen H. Sanberg
Chief United States Bankruptcy Judge